**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Theresa Tauro, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:12-cv-11813-FDS |
| v. | : |
| | : |
| Allen, Lewis and Associates, Inc. ; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Theresa Tauro ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 5, 2013

                                            Respectfully submitted,

                                            By:  /s/*Sergei Lemberg*
                                                 Sergei Lemberg, Esq.
                                                 BBO No.: 650671
                                                 Lemberg & Associates L.L.C.
                                                 1100 Summer Street, 3rd Floor
                                                 Stamford, CT 06905
                                                 Telephone: (203) 653-2250
                                                 Facsimile:  (203) 653-3424
                                                 Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ *Sergei Lemberg*
                                          Sergei Lemberg, Esq.